THE STATE OF OHIO, APPELLEE, *v.* TURNER, APPELLANT.

[Cite as *State v. Turner*, 132 Ohio St.3d 89, 2012-Ohio-2203.]

(No. 2011–1261—Submitted May 9, 2012—Decided May 23, 2012.)

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

William Mason, Cuyahoga County Prosecuting Attorney, and Matthew E. Meyer, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant.